Richard H. **NELSON**, Plaintiff-Appellant,

v.

**AMERICAN AIR FILTER COMPANY,
INC.**, Defendant-Appellee.

**No. 26695.**

United States Court of Appeals,
Ninth Circuit.

Jan. 16, 1973.

John W. Sheehy, Jr. (argued), Marvin
D. Morgenstein, of Steinhart, Goldberg,
Feigenbaum & Ladar, San Francisco,
Cal., for plaintiff-appellant.

Arthur B. Dunne (argued), of Dunne,
Phelps & Mills, San Francisco, Cal., for
defendant-appellee.

Before CHAMBERS, DUNIWAY and
GOODWIN, *Circuit Judges.*

PER CURIAM:

Richard H. Nelson appeals a summary
judgment which held that he was not en-
titled to participate in a pension plan
created seven years after he left the em-
ployment of American Air Filter Co.,
Inc. We affirm.

Nelson was formerly employed by The
Herman Nelson Corporation, and was a
participant in its employee-pension plan.
While so employed, Nelson became eligi-
ble to take a "leave of absence" that
would protect his benefits under the ex-
isting Herman Nelson pension plan in
the event of the termination of his em-
ployment before he reached retirement
age. In 1950, Herman Nelson was
merged with American Air Filter Co.,
Inc. Nelson continued to work for Amer-
ican Air Filter until 1960, when he was
placed on a "leave of absence." He per-
formed *no further services.* After nine
years on "leave," Nelson reached retire-
ment age, and in 1969 began drawing the
benefits to which he was entitled under
the Herman Nelson plan.

American Air Filter Co., Inc., in 1967 established a new pension plan whose benefits were greater than those enjoyed by Nelson under his old plan. He applied for the enhanced benefits, but was denied participation in the 1967 plan on the ground that the plan, by its terms, excluded from coverage any employee whose "employment terminated" before the effective date of the plan. The district court held that Nelson's employment had terminated in 1960, and that he was not entitled to participate in a voluntary plan created after his employment had ceased. This was a correct construction of the operative facts and documents.

Affirmed.